# EXHIBIT E



**WEST BEND**
A MUTUAL INSURANCE COMPANY

THE SILVER LINING®

June 14, 2012

LEGAL DEPARTMENT
ATTORNEYS AT LAW
CHRISTOPHER C. ZWYGART
WILLIAM J. EVANS
ROLLIN E. KRAFFT
FREDERICK B. KAFTAN
THERESE M. SIZER
AMY E. GOYETTE
JULI A. BENEDUM

Mr. Richard Allender
Assistant Deputy Director
P&C Consumer Assistance Unit
Illinois Department of Insurance
320 West Washington Street
Springfield, IL 62767

**VIA OVERNIGHT UPS**

OF COUNSEL:
JOHN F. DUWELL
JAMES J. PAULY

Re: Our Insured: Procaccio Painting & Drywall Co., Inc.
 Complaint Number: IL11-11285
 Our Customer No.: 0110109905

Dear Mr. Allender:

Thank you for your letter dated May 17, 2012, received in our office via facsimile on June 1, 2012.

West Bend Mutual Insurance Company respectfully requests a hearing and appeal of the findings outlined in your May 17 letter. It is our position that facts remain in dispute concerning the contractual arrangement between West Bend and Procaccio. We would like an opportunity to conduct appropriate discovery, including the opportunity to question the relevant witnesses under oath in depositions, as their testimony will be relevant to the Commission's evaluation of this matter. Further, it is our contention that 215 ILCS 5/143.17a is not applicable to our facts.

To that end, we hereby request a hearing and appeal with the Illinois Worker's Compensation Board. In the event such hearing and appeal would not be properly heard by that body, we hereby request a hearing and appeal with the Illinois Director of Insurance.

I extend my sincere thanks for your assistance in this matter.

Sincerely,

*Christopher C. Zwygart*

Christopher C. Zwygart
Vice President – Legal & Corporate Compliance
Direct Dial: 262/338-5103
czwygart@wbmi.com

c: Ms. Doris Procaccio, Procaccio Painting & Drywall Co.
 (via email only – d.procaccio@procacciopainting.com)

 Jordan Boyce, Synergetic Solutions, Inc.
 (via email only – jboyce@synergeticsolutions.com

1900 S. 18th Ave. West Bend, WI 53095 | ph (262) 334-6430 | 1-800-236-5004 | fax (262) 338-5058 | www.wbmi.com