IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | Case No.: 12-CV-06425 |
| PROCACCIO PAINTING & DRYWALL COMPANY, INC. | ) ) ) | Hon. Blanche M. Manning, Presiding Hon. Michael T. Mason, Magistrate Judge |
| Defendant. | ) ) | |

**MOTION FOR SUMMARY JUDGMENT AS TO
COUNT II OF WEST BEND'S COMPLAINT AND
COUNTS I, II, III AND IV OF PROCACCIO'S COUNTERCLAIM**

Defendant/Counter Plaintiff Procaccio Painting & Drywall Company, Inc. ("Procaccio") by and through its attorneys, moves for summary judgment pursuant to Fed.R.Civ.P. 56 as to Count II of the complaint for declaratory judgment[1] of Plaintiff West Bend Mutual Insurance Company ("West Bend") and Counts I, II, III and IV of Procaccio's Counterclaim. In support of this motion, Procaccio submits its Local Rule Statement of Undisputed Facts, the Affidavit of Doris Procaccio and its Memorandum of Law.

WHEREFORE, Defendant/Counter Plaintiff Procaccio Painting & Drywall Company, Inc. respectfully requests the entry of a judgment in its favor and against Plaintiff/Counter Defendant West Bend Mutual Insurance Company and awarding the following relief:

      i.    A premium refund in the amount of $259,933.00;

     ii.    Costs, disbursements and prejudgment and post-judgment interest as authorized by law; and

---

[1] Count I of West Bend's Complaint is the subject of Procaccio's Motion To Dismiss, which is fully briefed.

        iii.      Such other relief as the Court deems just and equitable.

Dated:  September 26, 2012        Respectfully submitted,

        By: /s/ Charles L. Philbrick
        Charles L. Philbrick
        Emily A. Shupe
        Gregory W. Jones
        cphilbrick@rathjewoodward.com
        eshupe@rathjewoodward.com
        gjones@rathjewoodward.com
        RATHJE & WOODWARD, LLC
        300 E. Roosevelt Rd.
        Wheaton, IL 60189
        Telephone: (630) 668-8500
        Counsel for Procaccio Painting & Drywall Company, Inc.

**CERTIFICATE OF SERVICE**

      I, Charles L. Philbrick, an attorney, certify that I served a true and correct copy of the foregoing Motion For Summary Judgment on September 27, 2012 via electronic mail and regular U.S. Mail upon:

Daniel J. Cunningham
Ann E. O'Connor
Tressler LLP
233 South Wacker Drive – 22nd Floor
Chicago, IL 60606-6399
dcunningham@tresllerllp.com
aoconnor@tresslerllp.com

                                        /s/ Charles L. Philbrick
                                        Charles L. Philbrick